## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Constantino Zamorano | CHAPTER 13 |
| Debtor(s) | |
| FREEDOM MORTGAGE CORPORATION | |
| Movant | |
| vs. | |
| | NO. 20-10253 amc |
| Constantino Zamorano | |
| Debtor(s) | |
| Patricia Zamorano | |
| Co-Debtor | 11 U.S.C. |
| Kenneth E. West. | |
| Trustee | |

## **ORDER**

AND NOW, this        day of            , 2021 at Philadelphia, upon  consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on *July 8, 2021* does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: November 9, 2021**

_____
United States Bankruptcy Judge.