# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-10253-AMC

CONSTANTINO ZAMORANO

2627 SOUTH 17TH STREET

PHILADELPHIA, PA 19145-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CONSTANTINO ZAMORANO

    2627 SOUTH 17TH STREET

    PHILADELPHIA, PA 19145-

Counsel for debtor(s), by electronic notice only.

    STEPHEN MATTHEW DUNNE
    1515 MARKET ST
    SUITE 1200
    PHILA, PA 19102-

Date: 5/23/2022

                                          /S/ Kenneth E. West
                                          _____
                                          Kenneth E. West, Esquire
                                          Chapter 13 Standing Trustee