United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 20-10253-amc
Constantino Zamorano Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 6
Date Rcvd: Jun 28, 2022 Form ID: pdf900 Total Noticed: 96

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Constantino Zamorano, 2627 South 17th Street, Philadelphia, PA 19145-4501 |
| 14466204 | + | Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14558421 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14458525 | | Freedom Mortgage Corporation, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14558537 | + | Freedom Mortgage Corporation, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14452296 | + | NISSAN MOTOR ACCEPTANCE CORP/INFINITY LT, 2901 KINWEST PKWY, IRVING, TX 75063-5816 |
| 14452299 | + | POLICE &FIRE, 1 GREENWOOD SQUARE OFFICE PARK, 3333 STREET RD., BENSALEM, PA 19020-2022 |
| 14452304 | + | POLICE &FIRE, 3333 STREET RD, BENSALEM, PA 19020-2022 |
| 14452309 | + | POLICE AND FIRE FCU, 1 GREENWOOD SQUARE OFFICE PARK, 3333 STREET RD., BENSALEM, PA 19020-2051 |
| 14452310 | + | POLICE AND FIRE FCU, 3333 STREET RD, BENSALEM, PA 19020-2022 |
| 14465837 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14452297 | + | Philadelphia Municipal Court, 1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107-3519 |
| 14452339 | + | TWORKERS FCU, 919 E CAYUGA ST, PHILADELPHIA, PA 19124-3817 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 29 2022 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2022 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2022 00:18:40 | Ally Capital, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:18:45 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14452241 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:15:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY DEPT, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 14452242 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:15:00 | ALLY FINANCIAL, 200 RENAISSANCE CTR, DETROIT, MI 48243-1300 |
| 14487754 | + | Email/Text: bnc@bass-associates.com | Jun 29 2022 00:15:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Tucson, AZ 85712-1097 |
| 14478395 | | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:15:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14622742 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2022 00:18:40 | Ally Capital, c/o Arvind Nath Rawal, AIS |

| | | | |
|---|---|---|---|
| | | | Portfolio Services, LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14622638 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2022 00:18:45 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14452244 | + Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:15:00 | Ally Financial, PO BOX 380901, Minneapolis, MN 55438-0901 |
| 14452243 | + Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:15:00 | Ally Financial, Attn: Bankruptcy, PO BOX 130424, Saint Paul, MN 55113-0004 |
| 14452246 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jun 29 2022 00:15:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 14452245 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jun 29 2022 00:15:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982238, EL PASO, TX 79998-2238 |
| 14452247 | + Email/Text: BarclaysBankDelaware@tsico.com | Jun 29 2022 00:15:00 | BARCLAYS BANK DELAWARE, ATTN: CORRESPONDENCE, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 14452248 | + Email/Text: BarclaysBankDelaware@tsico.com | Jun 29 2022 00:15:00 | BARCLAYS BANK DELAWARE, P.O. BOX 8803, WILMINGTON, DE 19899-8803 |
| 14452250 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:18:34 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14452253 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:18:40 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 14452261 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:41 | CITIBANK NORTH AMERICA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14452260 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:46 | CITIBANK NORTH AMERICA, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14452262 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:36 | CITIBANK/GOODYEAR, CITIBANK CORP/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14452263 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:41 | CITIBANK/GOODYEAR, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14452265 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:46 | CITIBANK/SUNOCO, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14452264 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:46 | CITIBANK/SUNOCO, CITIBANK CORP/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14452266 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:46 | CITIBANK/THE HOME DEPOT, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14452267 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:36 | CITIBANK/THE HOME DEPOT, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14509983 | Email/Text: megan.harper@phila.gov | Jun 29 2022 00:15:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14452269 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:15:00 | COMENITYBANK/TRWRDSV, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14452268 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:15:00 | COMENITYBANK/TRWRDSV, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14452270 | + Email/Text: BKPT@cfna.com | Jun 29 2022 00:15:00 | CREDIT FIRST N A, 6275 EASTLAND RD, BROOKPARK, OH 44142-1399 |
| 14462156 | + Email/Text: BKPT@cfna.com | Jun 29 2022 00:15:00 | CREDIT FIRST NA, PO BOX 818011, |

| | | | | |
|---|---|---|---|---|
| | | | | CLEVELAND, OH 44181-8011 |
| 14452271 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2022 00:18:41 | CREDIT ONE BANK, ATTN: BANKRUPTCY, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 14452272 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2022 00:18:36 | CREDIT ONE BANK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 14457143 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 00:18:35 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14452273 | | Email/PDF: DellBKNotifications@resurgent.com | Jun 29 2022 00:18:41 | DELL FINANCIAL SERVICES LLC, ATTN: PRESIDENT/CEO, PO BOX 81577, AUSTIN, TX 78708 |
| 14452275 | | Email/PDF: DellBKNotifications@resurgent.com | Jun 29 2022 00:18:36 | DELL FINANCIAL SERVICES LLC, 1 DELL WAY, ROUND ROCK, TX 78682 |
| 14452282 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 29 2022 00:15:00 | DEPT OF ED / 582 / NELNET, 3015 PARKER RD, AURORA, CO 80014-2904 |
| 14452277 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 29 2022 00:15:00 | DEPT OF ED / 582 / NELNET, ATTN: CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 14452345 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:46 | VISA DEPT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 14452346 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:41 | VISA DEPT STORE NATIONAL BANK/MACY'S, PO BOX 8218, MASON, OH 45040 |
| 14478416 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:15:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14452287 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jun 29 2022 00:15:00 | FLAGSTAR BANK, ATTN: BANKRUPTCY, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 14452288 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jun 29 2022 00:15:00 | FLAGSTAR BANK, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 14452289 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 29 2022 00:15:00 | FREEDOM MORTGAGE CORPORATION, ATTN: BANKRUPTCY, PO BOX 50428, INDIANAPOLIS, IN 46250-0401 |
| 14482054 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 29 2022 00:15:00 | FREEDOM MORTGAGE CORPORATION, ATTN.: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14452290 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 29 2022 00:15:00 | FREEDOM MORTGAGE CORPORATION, 907 PLEASANT VALLEY AVE, MOUNT LAUREL, NJ 08054-1210 |
| 14452291 | + | Email/Text: paparalegals@pandf.us | Jun 29 2022 00:15:00 | Gregg L. Morris, 501 Corporate Drive - Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14452256 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 00:18:34 | CHASE CARD SERVICES, CORRESPONDENCE DEPT, PO BOX 15298, WILMINGTON, DE 19850 |
| 14452257 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 00:18:35 | CHASE CARD SERVICES, PO BOX 15298, WILMINGTON, DE 19850 |
| 14452258 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 00:18:34 | CHASE MORTGAGE, ATTN: CASE RESEARCH & BANKRUPTCY, PO BOX 24696, COLUMBUS, OH 43224 |
| 14452259 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 00:18:34 | CHASE MORTGAGE, P.O. BOX 24696, COLUMBUS, OH 43224 |
| 14452293 | + | Email/Text: bk@lendingclub.com | Jun 29 2022 00:15:00 | LENDINGCLUB, ATTN: BANKRUPTCY, 71 STEVENSON ST, STE 1000, SAN FRANCISCO, CA 94105-2967 |

| | | | | |
|---|---|---|---|---|
| 14452294 | + | Email/Text: bk@lendingclub.com | Jun 29 2022 00:15:00 | LENDINGCLUB, 71 STEVENSON ST STE 300, SAN FRANCISCO, CA 94105-2985 |
| 14455812 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 00:18:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14471974 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2022 00:15:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14452295 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 29 2022 00:15:00 | NISSAN MOTOR ACCEPTANCE CORP/INFINITY LT, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 14466190 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:18:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14452311 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:35 | SYNCB/CAR CARE PEP B, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14452312 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:35 | SYNCB/CAR CARE PEP B, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 14452314 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:35 | SYNCB/CCSYCC, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 14452313 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:35 | SYNCB/CCSYCC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14452318 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:36 | SYNCHRONY BANK, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14452317 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:36 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14452319 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:44 | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14452321 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:40 | SYNCHRONY BANK/ JC PENNEYS, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 14452324 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:46 | SYNCHRONY BANK/GAP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14452323 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:45 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14452326 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:35 | SYNCHRONY BANK/LOWES, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14452325 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:35 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14452327 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:35 | SYNCHRONY BANK/MENS WEARHOUSE, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14452328 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:36 | SYNCHRONY BANK/MENS WEARHOUSE, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14452333 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:40 | SYNCHRONY BANK/SAMS, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14452329 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:35 | SYNCHRONY BANK/SAMS, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14452337 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:35 | SYNCHRONY BANK/WALMART, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14452338 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:45 | SYNCHRONY BANK/WALMART, PO BOX |

| | | | | |
|---|---|---|---|---|
| | | | | 965024, ORLANDO, FL 32896-5024 |
| 14452315 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:44 | Synchonry Bank, 4125 Windward Plaza Drive, Building 300, Alpharetta, GA 30005-8738 |
| 14483066 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14454412 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 29 2022 00:18:39 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14452343 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 29 2022 00:15:00 | VERIZON, VERIZON WIRELESS BK ADMIN, 500 TECHNOLOGY DR STE 550, WELDON SPRINGS, MO 63304-2225 |
| 14452344 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 29 2022 00:15:00 | VERIZON, PO BOX 650584, DALLAS, TX 75265-0584 |
| 14452347 | + | Email/Text: vci.bkcy@vwcredit.com | Jun 29 2022 00:15:00 | VOLKSWAGEN CREDIT, INC, ATTN: BANKRUPTCY, PO BOX 3, HILLBORO, OR 97123-0003 |
| 14452350 | + | Email/Text: vci.bkcy@vwcredit.com | Jun 29 2022 00:15:00 | VOLKSWAGEN CREDIT, INC, 1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048-4460 |
| 14472076 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jun 29 2022 00:15:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 83

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14452249 | | CAP1/BSTBY |
| 14452251 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14452252 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14452254 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 14452255 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 14452274 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, DELL FINANCIAL SERVICES LLC, ATTN: PRESIDENT/CEO, PO BOX 81577, AUSTIN, TX 78708 |
| 14452276 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, DELL FINANCIAL SERVICES LLC, 1 DELL WAY, ROUND ROCK, TX 78682 |
| 14452283 | *+ | DEPT OF ED / 582 / NELNET, 3015 PARKER RD, AURORA, CO 80014-2904 |
| 14452284 | *+ | DEPT OF ED / 582 / NELNET, 3015 PARKER RD, AURORA, CO 80014-2904 |
| 14452285 | *+ | DEPT OF ED / 582 / NELNET, 3015 PARKER RD, AURORA, CO 80014-2904 |
| 14452286 | *+ | DEPT OF ED / 582 / NELNET, 3015 PARKER RD, AURORA, CO 80014-2904 |
| 14452278 | *+ | DEPT OF ED / 582 / NELNET, ATTN: CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 14452279 | *+ | DEPT OF ED / 582 / NELNET, ATTN: CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 14452280 | *+ | DEPT OF ED / 582 / NELNET, ATTN: CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 14452281 | *+ | DEPT OF ED / 582 / NELNET, ATTN: CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 14452292 | *+ | Gregg L. Morris, 501 Corporate Drive - Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14452300 | *+ | POLICE &FIRE, 1 GREENWOOD SQUARE OFFICE PARK, 3333 STREET RD., BENSALEM, PA 19020-2022 |
| 14452301 | *+ | POLICE &FIRE, 1 GREENWOOD SQUARE OFFICE PARK, 3333 STREET RD., BENSALEM, PA 19020-2022 |
| 14452302 | *+ | POLICE &FIRE, 1 GREENWOOD SQUARE OFFICE PARK, 3333 STREET RD., BENSALEM, PA 19020-2022 |
| 14452303 | *+ | POLICE &FIRE, 1 GREENWOOD SQUARE OFFICE PARK, 3333 STREET RD., BENSALEM, PA 19020-2022 |
| 14452305 | *+ | POLICE &FIRE, 3333 STREET RD, BENSALEM, PA 19020-2022 |
| 14452306 | *+ | POLICE &FIRE, 3333 STREET RD, BENSALEM, PA 19020-2022 |
| 14452307 | *+ | POLICE &FIRE, 3333 STREET RD, BENSALEM, PA 19020-2022 |
| 14452308 | *+ | POLICE &FIRE, 3333 STREET RD, BENSALEM, PA 19020-2022 |
| 14695161 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14452298 | *+ | Philadelphia Municipal Court, 1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107-3519 |

| | | |
|---|---|---|
| 14452320 | *+ | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14452322 | *+ | SYNCHRONY BANK/ JC PENNEYS, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 14452335 | *+ | SYNCHRONY BANK/SAMS, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14452336 | *+ | SYNCHRONY BANK/SAMS, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14452334 | *+ | SYNCHRONY BANK/SAMS, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14452330 | *+ | SYNCHRONY BANK/SAMS, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14452331 | *+ | SYNCHRONY BANK/SAMS, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14452332 | *+ | SYNCHRONY BANK/SAMS, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14452316 | *+ | Synchonry Bank, 4125 Windward Plaza Drive, Building 300, Alpharetta, GA 30005-8738 |
| 14452340 | *+ | TWORKERS FCU, 919 E CAYUGA ST, PHILADELPHIA, PA 19124-3817 |
| 14452341 | *+ | TWORKERS FCU, 919 E CAYUGA ST, PHILADELPHIA, PA 19124-3817 |
| 14452342 | *+ | TWORKERS FCU, 919 E CAYUGA ST, PHILADELPHIA, PA 19124-3817 |
| 14452348 | *+ | VOLKSWAGEN CREDIT, INC, ATTN: BANKRUPTCY, PO BOX 3, HILLBORO, OR 97123-0003 |
| 14452349 | *+ | VOLKSWAGEN CREDIT, INC, ATTN: BANKRUPTCY, PO BOX 3, HILLBORO, OR 97123-0003 |
| 14452351 | *+ | VOLKSWAGEN CREDIT, INC, 1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048-4460 |
| 14452352 | *+ | VOLKSWAGEN CREDIT, INC, 1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048-4460 |

TOTAL: 1 Undeliverable, 41 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Constantino Zamorano bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com |
| THOMAS SONG | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
CONSTANTINO ZAMORANO

**Chapter 13**

**Debtor**

**Bankruptcy No.** 20-10253-AMC

# ORDER

**AND NOW**, this 28th day of June2, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

Debtor:
CONSTANTINO ZAMORANO

2627 SOUTH 17TH STREET

PHILADELPHIA, PA 19145-